Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
2021 JUN 15 A 8: 02
_____ Division

Charles Paul Elwell

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) Jury Trial: *(check one)* ☐ Yes ☐ No
)
)
)

-v-

South Portland Police
South Portland Housing
Small elementary school

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Paul Elwell |
| Street Address | 231 Broadway apt 5 |
| City and County | South Portland, Cumberland |
| State and Zip Code | Maine 04106 |
| Telephone Number | 207-710-9044 |
| E-mail Address | charlespaulelwell@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | South Portland Police |
| Job or Title (if known) | |
| Street Address | 30 Antoine st |
| City and County | South Portland, Cumberland |
| State and Zip Code | ME 04106 |
| Telephone Number | (207)-874-8575 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | South Portland Housing Authority |
| Job or Title (if known) | |
| Street Address | 101 Waterman dr #101 |
| City and County | South Portland, Cumberland |
| State and Zip Code | ME 04106 |
| Telephone Number | (207)-773-4140 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Small Elementary School |
| Job or Title (if known) | |
| Street Address | 87 Thompson at |
| City and County | South Portland, Cumberland |
| State and Zip Code | ME 04106 |
| Telephone Number | (207)-7997676 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Department Of Health and Human Services |
| Job or Title (if known) | |
| Street Address | 35 Anthony ave,11 shs |
| City and County | Augusta, Kennebec |
| State and Zip Code | ME, 04333 |
| Telephone Number | (207)-6248090 |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act of 1964

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,200,000

Lost income from forced property forfeiture under illegal circumstances.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

South Portland Police have gone out of their way to attempt to make me look like a criminal. I've had a gun pulled on me when I called the cops, multiple officers refuse to take complaints, the officer who pulled a gun on me told my wife if she told him I hit her he could arrest me. South Portland Housing constantly harassed me, and South Portland Police refused to take a report, or stop it. Small elementary school employees filed multiple false police reports, and told my wife to file a false PFA. Both Small and South Portland Police assisted my wife in obtaining a PFA after I asked for help. The South Portland Police lied in the whole police report. Every officer lied. My daughters teacher said she was scared of me, and the principal said I was out front yelling at kids. The principal

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Loss of projected earnings from loss of school degree.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/14, 2021.

Signature of Plaintiff  [signed]
Printed Name of Plaintiff  Charles Paul Elvell

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____