UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES PAUL ELWELL, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) 2:21-CV-00160-LEW ) |
| SOUTH PORTLAND POLICE, et al., | ) ) |
| Defendants | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 1, 2021, the United States Magistrate Judge filed with the court his Recommended Dismissal (ECF 8) based on Plaintiff Charles Paul Elwell's failure to serve his complaint on the named defendants following the denial of Plaintiff's application to proceed in forma pauperis and Mr. Elwell's payment of the filing fee.

The time within which to file an objection expired on November 22, 2021, and Mr. Elwell did not file an objection to the Recommended Dismissal. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's case is dismissed without prejudice.

**SO ORDERED.**

Dated this 10th day of December, 2021

                                                /s/ Lance E. Walker
                                            UNITED STATES DISTRICT JUDGE